**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**MARY C. THOMPSON**                                                                                      **PLAINTIFF**

**VERSUS**                                                          **CIVIL ACTION NO. 1:03CV587LG-RHW**

**EUGENE THOMAS, JR. AND F. D.
WILSON TRUCKING COMPANY, INC.**                                                  **DEFENDANTS**

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS COURT, following the Stipulation of Dismissal with Prejudice duly filed herein on April 18, 2006, and executed by the parties in accordance with FRCP 41(a)(1), does hereby find that this cause should be dismissed with prejudice as to all parties and claims.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-styled and numbered cause shall be and is hereby dismissed with prejudice as to all parties and all claims in accordance with that certain Stipulation of Dismissal with Prejudice filed in this cause on April 18, 2006, and duly executed by the parties in accordance with FRCP 41(a)(1).

**SO ORDERED AND ADJUDGED** this the 2nd day of May, 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

Agreed:

s/Jerry A. Evans
JERRY A. EVANS
Mississippi Bar No. 5264
ATTORNEY FOR PLAINTIFF MARY C. THOMPSON

s/Brian A. Montague
BRIAN A. MONTAGUE
Mississippi Bar No. 3407
ATTORNEY FOR DEFENDANTS